**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**IN RE:WINROCK GRASS FARMS, INC.**                  **DEBTOR**

**WINROCK GRASS FARMS, INC.**                     **PLAINTIFF**

VS.               **CASE NO. 4:08CV000126 JMM**

**AFFILIATED REAL ESTATE**
**APPRAISERS OF ARKANSAS, INC.; ET AL.**               **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that the complaint in the above styled case be, and is hereby, dismissed. The state law claims contained in the complaint are dismissed without prejudice.

IT IS SO ORDERED this  23   day of October, 2008.

_____
James M. Moody
United States District Judge